69456. SOUTHERN TRUST INSURANCE COMPANY
v. BRANER.
(340 SE2d 671)

McMURRAY, Presiding Judge.

Our decision in this case has been reversed by the Supreme Court in *Braner v. Southern Trust Ins. Co.*, 255 Ga. 117 (335 SE2d 547). Therefore, our decision in *Southern Trust Ins. Co. v. Braner*, 174 Ga. App. 247 (329 SE2d 569), is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Deen, P. J., and Sognier, J., concur.*

DECIDED JANUARY 8, 1986.

*Dana F. Braun, Stanley M. Karsman*, for appellant.

*William J. Neville, Jr., George N. Skene, Mary Skene,* for appellee.